UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

Eastern District of Kentucky
FILED
NOV 14 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 04-84-KSF

STATIC CONTROL COMPONENTS, INC.                    PLAINTIFF/COUNTERCLAIM
                                                              DEFENDANT

V.

LEXMARK INTERNATIONAL, INC.                        DEFENDANT/COUNTERCLAIM
                                                              PLAINTIFF

V.

WAZANA BROTHERS INTERNATIONAL, INC.                COUNTERCLAIM
d/b/a MICRO SOLUTIONS ENTERPRISES, PENDL           DEFENDANTS
COMPANIES, INC., IMAGE PROJECTIONS WEST,
INC. and NER DATA PRODUCTS, INC.

## OPINION & ORDER

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the motion of Counterclaim Defendant Wazana Brothers International, Inc. d/b/a Micro Solutions Enterprises ("MSE") to sever and to amend scheduling order [DE #248 in Civil Action No. 02-571] and MSE's motion to amend MSE's reply to Lexmark's amended reply and counterclaim [DE #263 in Civil Action No. 02-571]. These matters are ripe for review.

I.    **MOTION TO SEVER AND TO AMEND SCHEDULING ORDER**

MSE has moved the Court to sever Lexmark, Inc.'s ("Lexmark") counterclaim against MSE, and any other counter-counterclaims by MSE against Lexmark, in the case captioned *Lexmark International, Inc. v. Static Control Components, Inc.* (Civil Action No. 02-571). MSE

also moves the Court for an order that the deadlines in the severed action will track the Scheduling Order in the case captioned *Static Control Components, Inc. v. Lexmark International, Inc.* (Civil Action No. 04-84). After MSE filed is motion to sever and amend scheduling order, on August 10, 2005, this Court entered an opinion and order consolidating Civil Action No. 02-571 into Civil Action No. 04-84, with Civil Action No. 04-84 surviving as the lead case [DE #140]. On September 12, 2005, this Court also entered an amended scheduling order extending the deadlines in the new consolidated case [DE #145]. Since the basis for MSE's motion is to allow it additional time to prepare for trial, the amended scheduling order extending the deadlines entered by the Court on September 12, 2005 has already addressed MSE's concerns. Therefore, the Court will deny MSE's motion as moot.

## II. MOTION TO AMEND

MSE moves to amend to assert a first amended answer and counter-counterclaim to the claims asserted by Lexmark. MSE has already asserted the same claims against Lexmark in Civil Action No. 04-84. Since this motion was filed in Civil Action No. 02-571 and the cases have now been consolidated, it is not necessary for MSE to file a first amended answer and counter-counterclaim. The Court will deny MSE's motion to amend as moot.

## III. CONCLUSION

Based on the foregoing, the Court, being otherwise fully and sufficiently advised,

**HEREBY ORDERS** that:

    [1]    the motion of Counterclaim Defendant Wazana Brothers International, Inc. d/b/a Micro Solutions Enterprises to sever and to amend scheduling order [DE #248 in Civil Action No. 02-571] is DENIED as moot; and

    [2]    counterclaim defendant Wazana Brothers International, Inc. d/b/a Micro Solutions Enterprises' motion to amend MSE's reply to Lexmark's amended reply and counterclaim [DE #263 in Civil Action No. 02-571] is DENIED as moot.

This 14 day of November, 2005.

                                                KARL S. FORESTER, SENIOR JUDGE