**NER DATA PRODUCTS, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT REGARDING STATIC CONTROL COMPONENTS, INC.'S OBLIGATION TO DEFEND AND INDEMNIFY NER DATA PRODUCTS, INC.**

**EXHIBIT 2
INVOICE NO. SC 1138427 TO
STATIC CONTROL COMPONENTS, INC.
DATED 1/03/06**

## CONFIDENTIAL

This document is filed separately with the Court under seal and served in accordance with the Protective Order entered in this case on May 28, 2004 [DE #41]. This envelope is not to be opened nor its contents displayed, revealed, or made public except by written order of the Court.