# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION at LEXINGTON
# CONSOLIDATED CASE NOS. 5:02-CV-571-GFVT AND 5:04-CV-84-GFVT

NO. 5:04-CV-84-GFVT

| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC. | PLAINTIFF/COUNTERCLAIM DEFENDANT |
| v. | |
| LEXMARK INTERNATIONAL, INC. | DEFENDANT/COUNTERCLAIM PLAINTIFF |
| v. | |
| WAZANA BROTHERS INTERNATIONAL, INC., D/B/A MICRO SOLUTIONS ENTERPRISES, et al. | COUNTERCLAIM DEFENDANTS |

-AND-

NO. 5:02-CV-571-GFVT

| | |
|---|---|
| LEXMARK INTERNATIONAL, INC. | PLAINTIFF/COUNTERCLAIM DEFENDANT |
| v. | |
| STATIC CONTROL COMPONENTS, INC. | DEFENDANT/COUNTERCLAIM PLAINTIFF |
| v. | |
| WAZANA BROTHERS INTERNATIONAL, INC., D/B/A MICRO SOLUTIONS ENTERPRISES, et al. | COUNTERCLAIM DEFENDANTS |

## CONFIDENTIAL—SUBJECT TO JOINT GENERAL ORDER 04-01

This envelope contains confidential financial account numbers and address information protected from public view pursuant to Joint General Order 04-01 issued on April 14, 2004 .

Following is an indication of the nature of the contents of this sealed envelope filed by Plaintiff Static Control Components, Inc.:

**EXHIBIT B – INVOICES SUBMITTED TO SUPPORT STATIC CONTROL'S BILL OF COSTS**