**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
CONSOLIDATED CASE NOS. 5:02-CV-571-GFVT AND 5:04-CV-84-GFVT**


NO. 5:04-CV-84-GFVT

STATIC CONTROL COMPONENTS, INC.  PLAINTIFF/COUNTERCLAIM DEFENDANT

v.

LEXMARK INTERNATIONAL, INC.  DEFENDANT/COUNTERCLAIM PLAINTIFF

v.

WAZANA BROTHERS INTERNATIONAL, INC.,  COUNTERCLAIM
D/B/A MICRO SOLUTIONS ENTERPRISES, et al.  DEFENDANTS

-AND-

NO. 5:02-CV-571-GFVT

LEXMARK INTERNATIONAL, INC.  PLAINTIFF/COUNTERCLAIM DEFENDANT

v.

STATIC CONTROL COMPONENTS, INC.  DEFENDANT/COUNTERCLAIM PLAINTIFF

v.

WAZANA BROTHERS INTERNATIONAL, INC.,  COUNTERCLAIM
D/B/A MICRO SOLUTIONS ENTERPRISES, et al.  DEFENDANTS


**<u>CONFIDENTIAL—SUBJECT TO JOINT GENERAL ORDER 04-01</u>**

  This envelope contains confidential financial account numbers and address information protected from public view pursuant to Joint General Order 04-01 issued on April 14, 2004 .

  Following is an indication of the nature of the contents of this sealed envelope filed by Plaintiff Static Control Components, Inc.:


**EXHIBIT B – INVOICES SUBMITTED TO SUPPORT STATIC CONTROL'S BILL OF COSTS**