**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
CASE NO. 04-CV-84-GFVT**

STATIC CONTROL COMPONENTS, INC.                                              PLAINTIFF

v.

LEXMARK INTERNATIONAL, INC.                                                  DEFENDANT

**CONFIDENTIAL—SUBJECT TO JOINT GENERAL ORDER 04-01**

This envelope contains confidential financial account numbers, social security numbers and address information protected from public view pursuant to Joint General Order 04-01 issued on April 14, 2004 .

Following is an indication of the nature of the contents of this sealed envelope filed by Plaintiff Static Control Components, Inc.:

**EXHIBIT B – INVOICES SUBMITTED TO SUPPORT STATIC CONTROL'S BILL OF COSTS**

30469280.1