**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
CASE NO. 04-CV-84-GFVT**

*Electronically Filed*

| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC. | PLAINTIFF/COUNTERCLAIM DEFENDANT |
| v. | |
| LEXMARK INTERNATIONAL, INC. | DEFENDANT/COUNTERCLAIM PLAINTIFF |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STATIC CONTROL COMPONENTS' RESPONSE TO
LEXMARK'S SECOND NOTICE OF AUTHORITY**

Comes Static Control Components, Inc. ("Static Control") and hereby files the following Response to Lexmark International, Inc.'s ("Lexmark") "Second Notice of Supplemental Authority" (D.E. 1515):

First, there is nothing new in the decision to which Lexmark cites which is pertinent to this case. The Federal Circuit decision in *Fujifilm Corp. v. Benun* is consistent with the law of the case as stated repeatedly by this Court. *See, e.g.,* D.E. 1008, D.E. 1081, D.E. 1354 at 146-156, D.E. 1430, and D.E. 1443. At the September 29, 2008 hearing concerning the impact of *Quanta Computer Inc. v. LG Electronics, Inc.*, 128 S.Ct. 2109 (2008) on the exhaustion of Prebate cartridges, the Court specifically noted, and the parties concurred, that *Quanta* did not reach the issue of foreign sales in this case. D.E. 1431 at 35-37, 77.[1]

Second, no point of law in the *Benun* decision addresses the sufficiency of evidence to prove an allegation of infringing remanufacture of goods first sold abroad, and sufficiency of the evidence is the only issue relevant to Lexmark's Combined Motion for New Trial (D.E. 1458).

---

[1] Distinctions between foreign and domestic sales could not have been at issue in *Quanta*, inasmuch as LG Electronics had granted Intel a worldwide license. *See* Brief for Respondent LG Electronics, http://www.abanet.org/publiced/preview/briefs/pdfs/07-08/06-937_Respondent.pdf at 4.

For these reasons, nothing in Lexmark's Second Notice or the *Benun* opinion should delay this Court's denial of Lexmark's Combined Motion.

Dated: June 8, 2010                                             Respectfully submitted,

                                                                s/ Mickey T. Webster

| | |
|---|---|
| Seth D. Greenstein | W. Craig Robertson, III |
| Constantine Cannon, LLP | Mickey T. Webster |
| 1301 K Street NW | Sharon L. Gold |
| One Farragut Square, Suite 1050 East Tower | Wyatt, Tarrant & Combs, LLP |
| Washington, DC 20005 | 250 West Main Street, Suite 1600 |
| | Lexington, KY 40507 |
| | Telephone: 859.233.2012 |
| | Facsimile: 859.259.0649 |
| William H. Barrett | William L. London |
| Stefan M. Meisner | Static Control Components, Inc. |
| Paul E. Poirot | 3010 Lee Avenue |
| John J. Dabney | P.O. Box 152 |
| McDermott Will & Emery LLP | Sanford, NC 27331 |
| 600 Thirteenth Street, NW | |
| Washington, DC 20005-3096 | |
| Kevin M. Bolan | James B. Heaton, III |
| McDermott Will & Emery LLP | Allison W. Freedman |
| 28 State Street | Bartlit Beck Herman Palenchar & Scott, LLP |
| Boston, MA 02109-1775 | 54 W. Hubbard Street, Suite 300 |
| | Chicago, IL 60610 |
| Joseph C. Smith, Jr. | Stanley L. Amberg |
| Alison G. Wheeler | 11 Carolyn Lane |
| Bartlit Beck Herman Palenchar & Scott, LLP | Chappaqua, NY 10514 |
| 1899 Wynkoop Street, 8th Floor | |
| Denver, CO 80202 | |

***Attorneys for Static Control Components, Inc.***

143948.2

- 3 -

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 8th day of June, 2010, and will be served electronically to designated CM/ECF participant counsel through the Court's electronic filing system.

           s/ **Mickey T. Webster**
           Counsel for Static Control Components, Inc.

143948.2